IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MARCOS LOPEZ-MARTINEZ,

                Defendant.

---

FILED JUL 23 2020

20-CR-6094-DGL

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 846

(1 Count and 2 Forfeiture Allegations)

## COUNT 1

**(Narcotics Conspiracy)**

**The United States Attorney Charges That:**

Between in or about November 2016, and on or about March 26, 2019, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, **MARCOS LOPEZ-MARTINEZ**, did knowingly, willfully, and unlawfully combine, conspire, and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## FIRST FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the controlled substance offense alleged in Count 1 of this Information, the defendant, **MARCOS LOPEZ-MARTINEZ**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including, but not limited to the following:

a. $7,200.00 in United States currency.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).**

## SECOND FORFEITURE ALLEGATION

### The United States Attorney Further Alleges That:

Upon conviction of the controlled substance offense alleged in Count 1 of this Information, the defendant, **MARCOS LOPEZ-MARTINEZ,** shall forfeit to the United States, all of his right, title and interest in any firearm involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a. one (1) .40 caliber Glock 27 pistol, bearing serial number ZAR556, and magazine;

b. four (4) rounds of .40 caliber ammunition;

c. one (1) 9mm Ruger 9E pistol, bearing serial number 337-76245, and magazine;

d. ten (1) rounds of 9mm ammunition;

    e.    one (1) .40 caliber Glock 23 pistol, with a defaced serial number, and magazine;

    f.    twenty-eight (28) rounds of .40 caliber ammunition; and

    g.    one (1) box of Remington 9mm ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, July 23, 2020

                  JAMES P. KENNEDY, JR.
                  United States Attorney

BY: _____
                  CASSIE M. KOCHER
                  Assistant United States Attorney
                  United States Attorney's Office
                  Western District of New York
                  100 State Street, Suite 500
                  Rochester, New York 14614
                  (585) 399-3934
                  Cassie.Kocher@usdoj.gov